```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br>STEVE H. LETU AKA HUNG T. LE<br>AKA HUNG M. T. LE,<br><br>            Defendant | No. 8: 15cv746<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Steve H. Letu aka Hung T. Le aka Hung M. T. Le, in the principal amount of $10,760.17 plus interest accrued to March 31, 2015, in the sum of $21,107.71; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$31,867.88**.

DATED: 5/14/15                    By: TERRY NAFISI
                                            Clerk of the Court

                                            */s/ Yvette Loris*
                                            Deputy Clerk
                                            United States District Court